**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00148-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIKEL LEVI TUCSON,

    Defendant.

---

### MINUTE ORDER[1]

---

The matter before the court is defendant's unopposed **Motion to Transfer Case From Denver to Durango for Trial** [#19], filed August 17, 2006.

**IT IS ORDERED** as follows:

1. That defendant's unopposed **Motion to Transfer Case From Denver to Durango for Trial** [#19], filed August 17, 2006, is **GRANTED**;

2. That jury selection **SHALL COMMENCE** November 6, 2006, at 8:30 a.m., at the La Plata County Courthouse, 1060 E. 2nd Ave., 2nd Floor, in the courtroom for Division 1, Durango, Colorado, at which counsel **SHALL APPEAR** at 8:00 a.m.;

3. That following jury selection, all additional trial proceedings **SHALL BE CONDUCTED** in the courtroom used by the United States District Court for the District of Colorado located at 1060 E. 2nd Ave., Durango, Colorado;

4. That **Trial Preparation Conference** shall be held on Friday, November 3, 2006, at 9:00 a.m., at which the defendant and counsel shall appear either in person in Courtroom A701 of the Alfred A. Arraj United States Courthouse at 901 19th Street in Denver, Colorado, or by video teleconferencing from Durango, Colorado (as one or more of the parties may arrange with approval of the court); and

5. That the **Second Trial Preparation Conference Order** [#13], entered June 30, 2006, is amended accordingly.

Dated: September 27, 2006.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.