**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 06-cr-00148-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MIKEL LEVI TUCSON,

     Defendant.

_____

**ORDER**
_____

     THIS MATTER having come before the Court on **Defendant's Renewed Motion To Disclose Grand Jury Transcripts** [#23] filed September 21, 2006, and

     The Court having considered that motion as well as the government's reply to that Motion, it is, therefore,

     Ordered that the government forthwith disclose to the defendant's counsel a copy of the transcripts of the testimony given by witnesses in this case, and it is further

     Ordered that the transcripts of the grand jury testimony remain in the exclusive possession of counsel for the defendant and counsel may disclose that testimony to his investigator or to anyone else in the Office of the Federal Public Defender as needed in conjunction with this case but  to no one else, and it is further

     Ordered that at the conclusion of the prosecution of this case that the aforesaid grand jury transcripts be destroyed by defendant's counsel.

     Dated October 5, 2006, at Denver, Colorado

                      **BY THE COURT:**

                      **s/ Robert E. Blackburn**
                      **Robert E. Blackburn**
                      **United States District Judge**