**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 06-cr-00148-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIKE LEVI TUCSON,

    Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE AND COVER SHEET

**Blackburn, J.**

    Attached is a **Juror Questionnaire** and concomitant cover sheet approved for use in the trial of this case.[1]

    **THEREFORE, IT IS ORDERED** that the attached **Juror Questionnaire** and concomitant cover sheet shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated October 18, 2006, at Denver, Colorado.

                                       **BY THE COURT:**

                                       **s/ Robert E. Blackburn**
                                       **Robert E. Blackburn
                                       United States District Judge**

---

    [1] The cover sheet is entitled **Supplemental Juror Questionnaire Court Introduction** and provides prospective jurors with the introduction and instructions necessary to facilitate their informed completion of the **Juror Questionnaire**.